BEVERLY BOGERT and Others v. SELMA HERZOG.— Motion to withdraw from the files of this court the record on appeal for the purpose of correction, by substituting a correct copy of the complaint in place of the copy printed therein, and for a reargument of the appeal upon said amended record granted. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Arbitration of and Concerning Certain Matters in Difference between PINE STREET REALTY COMPANY, INC., and NIK COUTROULAS. — Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

EDNA M. VEIT v. LESTER W. VEIT.— Motion for leave to appeal to the Court of Appeals or for a reargument denied. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

COMMERCIAL NATIONAL BANK v. NATIONAL SURETY COMPANY and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Arbitration of Certain Controversies between EASTON STRUCTURAL STEEL COMPANY, INC., and EIGHTH AVENUE AND TWENTY-THIRD STREET CORPORATION.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Application under Arbitration Law of TRIMOUNT DREDGING COMPANY v. THE ROBBINS-RIPLEY COMPANY, FRANK S. HUTCHINSON and Others, for an Order Directing Arbitration to Proceed.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

GRACE E. LOWENDAHL, on Behalf of Herself and All Other Creditors of LIBERTUS VAN BOKKELEN, Deceased, and Others, v. L. VAN BOKKELEN, INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

HERMINE DEBROVSZKY and Others v. S. & S. BUILDING CORPORATION, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

MAX M. MUNK v. AMERICAN BROWN BOVERI ELECTRIC CORPORATION— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

HAMILTON TRUST COMPANY OF PATERSON, NEW JERSEY, v. AMERICAN CREDIT INDEMNITY COMPANY OF NEW YORK— Motion for leave to appeal to the Court of Appeals, and, in the event of denial, for a stay of execution of the judgment pending application to the Court of Appeals for leave to appeal denied, with ten dollars costs, and motion for stay granted upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.